UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAURICE OPARAJI,

        Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF
    EDUCATION and
PATRICIA A. HAGLER-SINGLETON,

        Defendants.
----------------------------------------------------------X
MAURICE OPARAJI,

        Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF
    EDUCATION,

        Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 1 2006 ★

P.M. _____
TIME A.M. _____

1:00-cv-05953-ENV-VVP

ORDER

1:02-cv-03900-ENV-VVP

VITALIANO, D.J.

On April 6, 2006, Magistrate Judge Pohorelsky issued a Report and Recommendation in the above-captioned matters. No objection to this Report and Recommendation has been filed with the Court as of this date. After a review of the Report and Recommendation, the Court adopts its findings in full.

The Clerk of the Court is directed to dismiss the above-captioned matters for want of prosecution.

SO ORDERED

DATED: Brooklyn, New York
May 10, 2006

/s/ Hon. Eric N. Vitaliano
ERIC N. VITALIANO
U.S.D.J.