```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

MAURICE OPARAJI,

                        Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
and PATRICIA A. HAGLER-SINGLETON,

                        Defendants.

JUDGMENT
00-CV- 5953 (ENV)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 15 2006 ★

P.M. _____
TIME A.M. _____

```
------------------------------------------------------------------X
```

MAURICE OPARAJI,

                        Plaintiff,

    -against-                                    02-CV- 3900 (ENV)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
```
------------------------------------------------------------------X
```

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on May 11, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated April 6, 2006; and dismissing the cases for want of prosecution; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that the cases are dismissed for want of prosecution.

Dated: Brooklyn, New York
         May 12, 2006

                                                  /s/
                                         ROBERT C. HEINEMANN
                                         Clerk of Court

                                        By /s/ Terry Vaughn
                                           Chief Deputy for Operations